NINA F. LOCKER, State Bar No. 123838
E-MAIL: nlocker@wsgr.com
STEVEN D. GUGGENHEIM., State Bar No. 201386
E-MAIL: sguggenheim@wsgr.com
CAZ HASHEMI, State Bar No. 210239
E-MAIL: chashemi@wsgr.com
DAVID A. MCCARTHY, State Bar No. 226415
E-MAIL: dmccarthy@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS,
INC. and ANTONIO CANOVA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA,<br><br>Defendants. | CIVIL ACTION NO.: 3:05-cv-2042<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DERIVATIVE RELATED CASES** |

The parties stipulate, and the Court hereby orders, as follows:

RELATED CLASS ACTION AND DERIVATIVE CASES

The following actions are related cases within the meaning of Civil Local Rule 3-12:

- *Prena Smajlaj v. Brocade Communications Systems, Inc., et al.,* No. 3:05-cv-2042;
- *Robert Galluscio v. Gregory Reyes, et al.,* No. 3:05-CV-02235;
- *Stephen Knee v. Gregory Reyes, et al.,* No. 3:05-CV-02233;
- *William Pratt v. Gregory Reyes, et al.*, No. 3:05-CV-02372.

IT IS SO STIPULATED.

Dated: June 21, 2005

Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/David A. McCarthy
David A. McCarthy

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. and ANTONIO CANOVA

Dated: June 21, 2005

LAW OFFICES OF BRIAN BARRY
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
Telephone: (310) 788-0831
Facsimile: (310) 788-0841

By: /s/Brian Barry
Brian Barry

Attorneys for Plaintiff
PRENA SMAJLAJ

Dated: June 21, 2005

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

By: /s/Kathryn A. Schofield
Kathryn A. Schofield

Attorneys for Plaintiff
STEPHEN KNEE

Dated: June 21, 2005

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

By: /s/Kathryn A. Schofield
Kathryn A. Schofield

Attorneys for Plaintiff
ROBERT GALLUSCIO

Dated: June 21, 2005

MARY ALEXANDER & ASSOCIATES
Mary E. Alexander
Gary W. Loftis
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

By: /s/Mary E. Alexander
Mary E. Alexander

Attorneys for Plaintiff
WILLIAM PRATT

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of June 2005 at Palo Alto, California.

/s/David A. McCarthy
David A. McCarthy

**[~~PROPOSED~~] ORDER**

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: June 22, 2005




THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE